SECOND DEPARTMENT, DECEMBER, 1930.

BERNARD SCHLENGER, Respondent, v. NINTH STREET BANK AND TRUST COMPANY and Another, Defendants.

GUY B. SHEPARD, as Liquidator of Defendant NINTH STREET BANK AND TRUST COMPANY, Intervenor, Appellant.

PER CURIAM. We are of opinion that there is nothing in the Florida statutes indicating that the Florida bank was dissolved. This being so, the appellant has

no title superior to that of an attaching creditor who is a resident of this State. (*Willitts* v. *Waite*, 25 N. Y. 577, which is approvingly cited in *Deschenes* v. *Tallman*, 248 id. 33, 38.) (See, also, *Kelly* v. *Crapo*, 45 N. Y. 86, 90.) *Martyne* v. *American Union Fire Ins. Co.* (216 N. Y. 183) involved a foreign corporation that had actually been dissolved, and the distinction is pointed out between that case and the *Willitts Case* (*supra*) and cognate cases by Judge Chase, writing in the *Martyne* case. The order should be affirmed, with ten dollars costs and disbursements. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur. Order denying motion to vacate attachment, to set aside service of summons and to dismiss complaint affirmed, with ten dollars costs and disbursements.